AO 243 (Rev 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: SOUTHERN DISTRICT OF TEXAS |
|---|---|
| Name of Movant: Oscar Luis Alvarez-Gonzalez | Prisoner No. 77630-079 | Case No B-98-042-01 |
| Place of Confinement: FCI FORREST CITY, ARKANSAS 72336-9000 | B-01-135 |

UNITED STATES OF AMERICA    v    OSCAR LUIS ALVAREZ-GONZALEZ
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

   *United States District Court Southern District of Texas FILED AUG 1 0 2001 Michael N. Milby Clerk of Court*

2. Date of judgment of conviction  17 April 1998

3. Length of sentence  77 months

4. Nature of offense involved (all counts)  8 U.S.C. §1326(a) & (b), Alien, illegally found in the United States after having been previously deported.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

   Did you testify at the trial?
   Yes ☐ No ☐

   Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a)(1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

      _____

      _____

      _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information

      (1) Name of court _____

      (2) Nature of proceeding _____

      (3) Grounds raised _____

AO 243 (Rev 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States  Summarize briefly the facts supporting each ground  If necessary, you may attach pages stating additional grounds and facts supporting same

CAUTION  If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

  For your information, the following is a list of the most frequently raised grounds for relief in these proceedings  Each statement preceded by a letter constitutes a separate ground for possible relief  You may raise any grounds which you have other than those listed  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
  Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts  The motion will be returned to you if you merely check (a) through (j) or any one of the grounds
  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea
  (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest
(e) Conviction obtained by a violation of the privilege against self-incrimination
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant
(g) Conviction obtained by a violation of the protection against double jeopardy
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled
(i) Denial of effective assistance of counsel
(j) Denial of right of appeal

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL.

Supporting FACTS (state briefly without citing cases or law) DEFENSE COUNSEL FAILED TO INVESTIGATE AND INTERVIEW EVIDENCE AND WITNESSES. FAILED TO ASCERTAIN WHETHER MOVANT HAD BEEN PREVIOUSLY DEPORTED. FAILED TO ASCERTAIN THE SUFFICIENCY OF THE ALLEGED "AGGRAVATED FELONY". FAILED TO OBJECT TO INCONSISTENCIES AND FALSEHOODS IN THE P.S.R.. FAILED TO PRESENT MATTERS IN EXTENUATION AND MITIGATION. DUE TO COUNSEL'S INEFFECTIVENESS, DEFENDANT WAS

B. Ground two: GUILTY PLEA WAS NOT KNOWING AND VOLUNTARY.

Supporting FACTS (state briefly without citing cases or law) MOVANT, A MEXICAN NATIONAL, WITH A 3D GRADE EDUCATION, DID NOT UNDERSTAND THE CHARGES AGAINST HIM, NOR THE RAMIFICATIONS OF HIS PLEA. HE READS, WRITES, SPEAKS, UNDERSTANDS NO ENGLISH. HE FELT UNDER DURESS AND COERCION TO PLEAD GUILTY DUE TO HIS LACK OF KNOWLEDGE AND HIS DEFENSE COUNSEL'S FAILURE TO ADEQUATELY INFORM HIM OF THE NATURE AND RAMIFICATIONS OF THE OFFENSE AND CONVICTION.

C. Ground three: CRIMINAL HISTORY LEVEL BASED ON FALSE INFORMATION.

Supporting FACTS (state briefly without citing cases or law) MOVANT'S SENTENCE WAS ENHANCED DUE TO HIS CRIMINAL HISTORY, WHICH WAS FALSELY REPORTED BY THE PROBATION OFFICER. FURTHER, DEFENSE COUNSEL FAILED TO OBJECT TO INCLUSION OF THE FALSE INFORMATION

AO 243 (Rev 5/85)

D  Ground four <u>INDICTMENT FAILS TO ALLEGE MENS REA.</u>

Supporting FACTS (state *briefly* without citing cases or law): <u>THE INDICTMENT FAILS TO ALLEGE MENS REA, WHICH IS REQUIRED OF ALL FELONY OFFENSES.</u>

13  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: <u>INEFFECTIVE ASSISTANCE OF COUNSEL, AND MOVANT WAS NOT AWARE OF THE POSSIBILITY OR AVAILABILITY OF COLLATERAL ATTACK UNTIL TWO WEEKS AGO. AGAIN, DUE TO INEFFECTIVE ASSISTANCE OF COUNSEL.</u>

14  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein

(a) At preliminary hearing <u>JUAN E. GAVITO   A.F.P.D. P.O.Box 2163, Brownsville, Texas  78520</u>

(b) At arraignment and plea <u>same</u>

(c) At trial <u>n/a</u>

(d) At sentencing <u>same</u>

(6)

AO 243 (Rev. 5/85)

(e) On appeal _____ n/a _____

(f) In any post-conviction proceeding _____ in propria persona _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ n/a _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7-27-01
(date)

Oscar Alvares Gonzalez
Signature of Movant

## ATTACHMENT

(FACTS/GROUND ONE, CONT'D) . . . EXPOSED TO AND RECEIVED A CONVICTION AND SENTENCE GREATER THAN HE SHOULD HAVE, HAD COUNSEL BEEN EFFECTIVE.

E. Ground Five: 16 - LEVEL ENHANCEMENT IS UNCONSTITUTIONAL BECAUSE IT REPRESENTS INVIDIOUS CLASS-BASED DISCRIMINATION.

Facts: 16 - LEVEL ENHANCEMENT IS APPLIED ONLY TO ILLEGAL ALIENS. FURTHER, IT IS APPLIED IN OVERWHELMING DISPROPORTION TO MEXICANS IN RELATION TO OTHER RACES. FURTHER, THE PUNISHMENT FAILS TO REFLECT THE SERIOUSNESS OF THE OFFENSE.