2

# United States District Court

SOUTHERN DISTRICT OF TEXAS AT BROWNSVILLE

UNITED STATES OF AMERICA,

Plaintiff

v.

OSCAR LUIS ALVAREZ-GONZALEZ
Defendant

*United States District Court*
*Southern District of Texas*
*FILED*

AUG 1 0 2001

Michael J. Milby
Clerk of Court

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

B-01-135

CASE NUMBER B-98-042-01

I, __Oscar Luis Alvarez-Gonzalez__ declare that I am the (check appropriate bo

[X] petitioner/xxxxxx/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cos under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitle to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __FCI FORREST CITY, ARKANSAS 72336-9000__

   Are you employed at the institution? __yes__   Do you receive any payment from the institution? __yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu- tion(s) of your incarceration showing at least the past six months transactions

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give th name and address of your employer

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary o wages and pay period and the name and address of your last employer

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business profession or other self-employment    [ ] Yes  [X] No
   b. Rent payments interest or dividends              [ ] Yes  [X] No
   c. Pensions annuities or life insurance payments   [ ] Yes  [X] No
   d. Disability or workers compensation payments     [ ] Yes  [X] No
   e. Gifts or inheritances                            [ ] Yes  [X] No
   f. Any other sources                                [X] Yes  [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received an what you expect you will continue to receive

   (gifts, & prison wages)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   n/a

6. List the persons who are dependent on you for support, state your relationship to each person and indi[cate] how much you contribute to their support.

   n/a

I declare under penalty of perjury that the above information is true and correct.

_____   OSCAR Alvares Gonzalez
DATE                            SIGNATURE OF APPLICANT


# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __480.74__ on account to his credit at (name of institution) __FCI Forrest City, Arkansas__ I further c[ertify] that the applicant has the following securities to his/her credit: __$480.74__

_____ I further certify that during the past six months the applic[ant's] average balance was $ __250.00__   I further certify that dur[ing] the past six months the applicant's average monthly deposit was $ __175.?__

__July 27, 2001__    __C.E. Miller, Correctional Counselor__
DATE                      SIGNATURE OF AUTHORIZED OFFICER