# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| OSCAR LUIS ALVAREZ-GONZALEZ, § <br> Plaintiff-Petitioner, § <br> § <br> VS. § <br> § <br> UNITED STATES OF AMERICA, § <br> Defendant-Respondent. § | CIVIL ACTION NO. B-01-135 <br><br> CRIMINAL NO. B-98-042-01 |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Oscar Luis Alvarez-Gonzalez ("Alvarez-Gonzalez") has filed a motion pursuant to 28 U.S.C. § 2255 (Docket No. 1) seeking to have his 1998 conviction for violation of 8 U.S.C. §§ 1326(a) and (b) set aside.

### RECOMMENDATION

This case is time barred by the one year limitation contained in the Anti-terrorism and Effective Death Penalty Act ("AEDPA"). 28 U.S.C. § 2255. Alvarez-Gonzalez was sentenced on April 17, 1998. He filed no appeal. His § 2255 motion was filed July 22, 2001. He is too late. The court has the authority pursuant to Rule 4(b) Rules Governing § 2255 Proceedings to summarily dismiss this case, since it is apparent on its face that is time barred.

IT IS THEREFORE RECOMMENDED that this case be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided

that the party has been served with notice that such consequences will result from a failure to object.

*Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 27th day of August, 2001.

_____
John Wm. Black
United States Magistrate Judge

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR LUIS ALVAREZ-GONZALEZ,<br>    Plaintiff-Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-135 |
| | § § | CRIMINAL NO. B-98-042-01 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 27, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this _____ day of _____, 2001.

                                                                                                               Filemon B. Vela
                                                                                              United States District Judge