

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

OSCAR LUIS ALVAREZ-GONZALEZ, )
    Plaintiff/Petitioner, )
)
v. ) Civil No. B-01-135
) Criminal No. B-98-042-01
)
UNITED STATES OF AMERICA, )
    Defendant/Respondent. )
)

## MOTION TO REOPEN CASE

COMES the Movant, **in propria persona**, and files this his motion to reopen his case and states as follows :

He mailed his objections to the magistrate judge's findings and recommendations in a timely manner; it was sent to the address on the correspondent envelope from the district court at Brownsville, a communique pursuant to the instant case.

The U.S. Postal Service returned the envelope, marked as "address unknown". (See attachments).

Having responded to the best of his knowledge and abilities, he received the denial of his application pursuant to 28 U.S.C. 2255 mailed from an address in Houston, Texas. (Arriving the following day.)

The Movant has made a good faith effort to respond and object to the findings and recommendations of the magistrate judge, and prays this court to reopen his case, and to reconsider it in light of the objections to the findings and

2.

recommendations.

Wherefore, for this and any or other further relief, Movant prays.

Respectfully submitted,

*OSCAR AlVAReS GoNZaleZ*
Oscar Luis Alvarez-Gonzalez
P.O. Box 9000/77630-079 M/b
F.C.I. FORREST CITY, AR 72336-9000

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the attached foregoing was duly mailed to the U.S. Attorney(s) listed below this _21_ day of ___Sept.___, 2001.

*Oscar Alvares Gonzalez*
Oscar Luis Alvarez-Gonzalez

U.S. ATTORNEY(S)
United States Courthouse
600 E. Harrison Street
Brownsville, Texas 78520-7114