IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
FILED

OCT 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| OSCAR LUIS ALVAREZ-GONZALEZ, ) | |
| Plaintiff/Petitioner, ) | |
| ) | |
| v. ) | No. B-01-135 (civil) |
| ) | No. B-98-042-01 (criminal) |
| UNITED STATES OF AMERICA, ) | |
| Defendant/Respondent. ) | |
| ) | |

## MOTION TO APPOINT COUNSEL

COMES Petitioner, Oscar Luis Alvarez-Gonzalez, **in propria persona**, and files this his motion for appointment of Counsel in the above-styled action, and states as follows :

1. He is indigent, and presently in custody at FCI, FORREST CITY, ARKANSAS.

2. He brings this action in good faith, and believes the claims are meritorious.

3. He is untrained in the Law, and finds himself at a great disadvantage in prosecuting his claims.

Wherefore, for the reasons set out above, Petitioner moves this honorable court to appoint Counsel to his assistance. For this, and any or other further relief, Petitioner now prays.

Respectfully submitted,

*O. Luis Alvares Gonzalez*
Oscar Luis Alvarez-Gonzalez
P.O. Box 9000/77630-079   M/B
F.C.I. FORREST CITY, AR  72336-9000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached foregoing was duly mailed to the U.S. Attorney(s) this _____ day of _August_, 2001.

*O. Luis Alvares Gonzalez*
Oscar Luis Alvarez-Gonzalez

U.S. ATTORNEY(s)
United States Courthouse
600 E. Harrison Street
Brownsville, Texas 78520-7114