

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

*United States District Court*
*Southern District of Texas*
*ENTERED*
*OCT 17 2001*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | | |
|---|---|---|
| OSCAR LUIS ALVAREZ-GONZALEZ,<br>    Plaintiff-Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-135 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | § § § | CRIMINAL NO. B-98-042-01 |

## ORDER

On this 16th day of October, 2001, the Court having considered the following Motions entered the following rulings:

    Docket No. 6,    Motion to Reopen Case is hereby **DENIED**.

    Docket No. 7,    Motion to Appoint Counsel is hereby **DENIED**.

SIGNED at Brownsville, Texas, this 16th day of October, 2001.

                                    John Wm. Black
                               United States Magistrate Judge