9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

```
OSCAR LUIS ALVAREZ-GONZALEZ,       )
     Plaintiff/Petitioner,         )
                                   )
v.                                 )     CV No. B 01 135
                                   )     CR No. B 98 042 01
                                   )
UNITED STATES OF AMERICA,          )
     Defendant/Respondent.         )
                                   )
```

United States Courts
Southern District of Texas
FILED

NOV 06 2001

Michael N. Milby, Clerk

## NOTICE OF APPEAL

COMES the Movant, **in propria persona**, and files this Notice of Appeal in the above-styled action, pursuant to a certain judgment and committment order of this court. He further states that a Motion for a Certificate of Appealability will be submitted under separate cover.

Respectfully submitted,

*Oscar Alvares*
Oscar Luis Alvarez-Gonzalez
P.O. Box 9000/77630-079
F.C.I. FORREST CITY, AR 72336-9000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached foregoing was duly mailed to the U.S. Attorney(s) this _10-26_ day of _October_, 2001.

_Oscar Alvares_
Oscar Luis Alvarez-Gonzalez

UNITED STATES' ATTORNEY(S)
c/o 515 Rusk Ave.
First Floor, Room 1217
Houston, Texas   77208-1010